David Laugenour
372 Florin Road #226
Sacramento, CA 95831
916-778-9524
dlog55@hotmail.com

FILED
JUN 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID LAUGENOUR, pro se,

    Plaintiff,

vs,

ASSET ACCEPTANCE, LLC

    Defendant.
_____/

No.  2:12 - CV - 1704 GEB JFM PS

**COMPLAINT VIOLATION OF FCRA**

**PRELIMINARY STATEMENT**

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*, Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692, and Rosenthal Fair Debt Collection Practices Act C.C. §1788.13

**JURISDICTION**

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

3. On or around October 2011, Plaintiff found that after examination of his consumer credit report that Defendant Asset Acceptance LLC initiated a request of Plaintiff's credit report from Experian on August 22, 2009 without permissible purpose.

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT ASSET ACCEPTANCE LLC

4. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

5. ASSET ACCEPTANCE LLC is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

6. ASSET ACCEPTANCE LLC willfully violated the FCRA. Defendants violations include, but are not limited to, the following:

(a) ASSET ACCEPTANCE LLC willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against ASSET ACCEPTANCE LLC for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## NEGLIGENT NON-COMPLIANCE BY DEFENDANT ASSET ACCEPTANCE

7. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

8. ASSET ACCEPTANCE LLC is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

9. ASSET ACCEPTANCE LLC negligently violated the FCRA. Defendants violations include, but are not limited to, the following:

(a) ASSET ACCEPTANCE LLC negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against ASSET ACCEPTANCE LLC for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

## COUNT III

## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA),

## 15 U.S.C. §1692 BY DEFENDANT ASSET ACCEPTANCE LLC

10. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a.

11. ASSET ACCEPTANCE LLC is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a

12. ASSET ACCEPTANCE LLC negligently violated the FDCPA. Defendants violations include, but are not limited to, the following:

(a) ASSET ACCEPTANCE LLC negligently violated §1692e (10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against ASSET ACCEPTANCE LLC for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1692 §813(2)(A).

## COUNT IV

## VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, C.C. §1788.13 BY DEFENDANT ASSET ACCEPTANCE LLC

13. Plaintiff is a person within the meaning of the RFDPA, C.C. §1788.2(g)

14. ASSET ACCEPTANCE LLC is a debt collector within the meaning of the RFDPA, C.C. §1788.2(c)

15. ASSET ACCEPTANCE LLC negligently violated the RFDPA. Defendants violations include, but are not limited to, the following:

(a) ASSET ACCEPTANCE LLC negligently violated §1788.13 by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against

ASSET ACCEPTANCE LLC for actual damages, and attorney's fees and costs, pursuant to C.C. §1788.30(b).

On August 22, 2009, defendant ASSET ACCEPTANCE LLC initiated a request of Plaintiffs consumer report from credit reporting agency Experian without permissible purpose, thus violating FCRA 15 USC §1681b(f) because at or about the time the Defendant pulled Plaintiffs consumer report, none of the specific and strictly limited circumstances granting permissible purpose under section 1681b, applied to the Defendant. Defendant also violated FDCPA and RFDCPA. Plaintiff demands judgment for damages against ASSET ACCEPTANCE LLC and $4,000 for actual or statutory damages, and punitive damages, plus attorney's fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) ,15 U.S.C. §1681o (a), 15 U.S.C. §1692 §813(2)(A) and C.C. §1788.30(b).

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 27th day of June, 2012.

_____

David Laugenour